# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Clifford Schuett,

    Plaintiff

v.

Kohen, et al.,

    Defendants

Case No. 2:19-cv-01042-JAD-EJY

**Order Re: IFP Application**

[ECF Nos. 4, 5]

Pro se plaintiff Clifford Schuett filed this *Bivens* action while incarcerated in a Federal Correctional Institution, and he submitted an application to proceed *in forma pauperis*. But because his incarcerated status required him to provide an inmate account statement with that application, the court denied his application without prejudice to his ability to file a new application with complete financial attachments.[1] Schuett responded to that order by filing motions asking the court to direct the Bureau of Prisons to provide his account history necessary to complete his application.[2] But Schuett has since been released from custody and is no longer an inmate,[3] and the application requirements for non-inmates is different than for inmates. Accordingly, I will deny Schuett's current applications and motions and direct him to file the IFP application for a non-inmate by January 24, 2020.

---

[1] ECF No. 3.

[2] ECF Nos. 4, 5.

[3] *See* ECF No. 291 (minutes), and 292 (Order Placing Defendant in the Residential Reentry Center) in 2:14-cr-364-JAD-GWF, which I take judicial notice of.

IT IS HEREBY ORDERED that the Clerk of Court is directed to SEND to plaintiff Clifford Schuett a copy of this order, along with a blank non-inmate application to proceed *in forma pauperis* along with instructions for filling out that form at this address:

Clifford Schuett
2901 South Sammy Davis Jr. Dr.
Las Vegas, NV 89109

IT IS FURTHER ORDERED that **Schuett must file a Notice of Updated Address** in this case to advise the Clerk's Office of his current address **by January 24, 2020**, or this case may be dismissed without prejudice.

IT IS FURTHER ORDERED that Schuett's motions for an order directing the BOP to provide an account history **[ECF Nos. 4, 5] are DENIED** as moot.

IT IS FURTHER ORDERED that **Schuett has until January 24, 2020, to file a completed Application to Proceed** *in Forma Pauperis* **for a non-inmate. If he fails to file a fully complete and proper application by that deadline, this case may be dismissed** without prejudice and without further prior notice.

Dated: December 19, 2019

_____
U.S. District Judge Jennifer A. Dorsey